United States Bankruptcy Court
Eastern District of New York

In re:                                                          Case No. 19-45653-nhl
Virgilio A. Bueno                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1        User: smoore        Page 1 of 1        Date Rcvd: Nov 12, 2019
                           Form ID: 274         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db              +Virgilio A. Bueno,    104 30 37 Dr,    Corona, NY 11368-2037
smg             +NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                 Brooklyn, NY 11201-3739
smg             +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Nov 12 2019 18:57:18
                 NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                 Albany, NY 12205-0300
smg             +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Nov 12 2019 18:56:54
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-4811
9697223         +Fax: 407-737-5634 Nov 12 2019 19:10:27      OCWEN,    1661 WORTHINGTON ROAD, SUITE 100,
                 WEST PALM BEACH, FL 33409-6493
                                                                                    TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
              Lori Lapin Jones    ljones@jonespllc.com,    lljones@ecf.epiqsystems.com;N265@ecfcbis.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                    TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Virgilio A. Bueno** | Social Security number or ITIN   **xxx–xx–1808** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of New York** | | Date case filed for chapter **7   9/19/19** |
| Case number:   **1–19–45653–nhl** | | |

# NOTICE OF AUTOMATIC DISMISSAL OF CASE
# UNDER BANKRUPTCY CODE § 521 (i)(1)

**NOTICE IS HEREBY GIVEN THAT:**

1) This case was filed on September 19, 2019, with deficiencies.

2) A Notice of Deficiency Filing was sent on September 19, 2019, informing the debtor(s), among other things, that there were outstanding statements, schedules and/or lists to be filed or the case may be subject to automatic dismissal under § 521(i)(1) of the Bankruptcy Code.

3) A Final Notice of Section 521 Deficiencies was sent on October 22, 2019, notifying the debtor(s) that certain documents remained outstanding and in the absence of those documents being filed, the case would be dismissed under § 521(i)(1) of the Bankruptcy Code.

4) As of this date, some or all of the required documents have not been filed with the Clerk of the Court.

Under § 521(i)(1), the above captioned case is dismissed effective on the 46th day after the date of the filing of the petition.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: November 12, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod521.jsp** [Notice of Dismissal rev. 05/14/19]